IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | : | CASE NO. 1:25-cv-02617 |
| Plaintiff, | : | (Judge J. Philip Calabrese) (Magistrate Judge Jennifer Dowdell Armstrong) |
| v. | : | |
| SHEILA BEVINGTON, in her official capacity as Clerk of the Geauga County Court of Common Pleas, *et al.*, | : | **JOINT MOTION TO** |
| | : | **RESCHEDULE MEDIATION** |
| Defendants. | : | |

Pursuant to the March 27, 2026 Order Setting Mediation Conference (Doc. 10), Plaintiff Courthouse News Service ("Plaintiff") and Defendants Sheila Bevington, in her official capacity as Clerk of the Geauga County Court of Common Pleas, and Carl DiFranco, in his official capacity as Clerk of the Lake County Court of Common Pleas (collectively, "Defendants"), request the Court reschedule mediation proceedings currently set for May 19, 2026.  Counsel for Plaintiff and Defendants have conferred, and propose the following alternative dates for mediation proceedings:

- August 3, 2026

- August 5, 2026

- August 7, 2026

Good cause exists to grant this Motion.  A rescheduling of the mediation proceedings is requested due to Plaintiff's intervening travel and Defendants' substitution of counsel.  The requested rescheduling is not sought for purposes of a delay and neither the Court nor the parties will be prejudiced by rescheduling the mediation proceedings.

Respectfully submitted,


| | |
|---|---|
| /s/ Griffin R. Reyelts | /s/ David M. Smith (via 5/6/2026 email authorization) |
| John C. Greiner (0005551) | David M. Smith (0079400) |
| Griffin R. Reyelts (0102240) | Jonathan Sauline (0090822) |
| FARUKI PLL | MEYERS, ROMAN, FRIEDBERG & LEWIS |
| 201 East Fifth Street, Suite 1420 | 28601 Chagrin Blvd., Suite 600 |
| Cincinnati, OH  45202 | Cleveland, OH  44122 |
| Telephone:  (513) 632-0315 | Telephone: (216) 831-0042 |
| Fax:  (513) 632-0319 | Fax:  (216) 831-0542 |
| Email:  jgreiner@ficlaw.com | Email:  dsmith@meyersroman.com |
| greyelts@ficlaw.com | jsauline@meyersroman.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| *Courthouse News Service* | |

**MEMORANDUM IN SUPPORT OF**
**JOINT MOTION TO RESCHEDULE MEDIATION**

Pursuant to the March 27, 2026 Order Setting Mediation Conference (Doc. 10), Plaintiff Courthouse News Service ("Plaintiff") and Defendants Sheila Bevington, in her official capacity as Clerk of the Geauga County Court of Common Pleas, and Carl DiFranco, in his official capacity as Clerk of the Lake County Court of Common Pleas (collectively, "Defendants"), request the Court reschedule mediation proceedings currently set for May 19, 2026.

Counsel for Plaintiff and Defendants have conferred, and propose the following alternative dates for mediation proceedings:

- August 3, 2026
- August 5, 2026
- August 7, 2026

Good cause exists to grant this Motion.  A rescheduling of the mediation proceedings is requested due to Plaintiff's intervening travel and Defendants' substitution of counsel.  The requested rescheduling is not sought for purposes of a delay and neither the Court nor the parties will be prejudiced by rescheduling the mediation proceedings.

For these reasons, the Court should grant this Motion and reschedule the mediation proceedings.

Respectfully submitted,

/s/ Griffin R. Reyelts

John C. Greiner (0005551)
Griffin R. Reyelts (0102240)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0315
Fax:  (513) 632-0319
Email:  jgreiner@ficlaw.com
       greyelts@ficlaw.com

*Counsel for Plaintiff*
*Courthouse News Service*

/s/ David M. Smith (via 5/6/2026 email authorization)

David M. Smith (0079400)
Jonathan Sauline (0090822)
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Blvd., Suite 600
Cleveland, OH  44122
Telephone: (216) 831-0042
Fax:  (216) 831-0542
Email:  dsmith@meyersroman.com
       jsauline@meyersroman.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on the 6th day of May, 2026, I electronically filed the foregoing Joint Motion to Reschedule Mediation with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

David M. Smith, Esq.
Jonathan Sauline, Esq.
28601 Chagrin Blvd., Suite 600
Cleveland, OH  44122
dsmith@meyersroman.com
jsauline@meyersroman.com

*Counsel for Defendants*

/s/ Griffin R. Reyelts
Griffin R. Reyelts

4914-6385-9880.1

3