IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | : | CASE NO. 1:25-cv-02617 |
| Plaintiff, | : | (Judge J. Philip Calabrese) |
| v. | : | |
| SHEILA BEVINGTON, in her official capacity as Clerk of the Geauga County Court of Common Pleas, *et al.*, | : : | **JOINT STATUS REPORT** |
| Defendants. | : | |

Pursuant to the August 13, 2026, docket Order, Plaintiff Courthouse News Service ("Plaintiff") and Defendants Sheila Bevington, in her official capacity as Clerk of the Geauga County Court of Common Pleas ("Bevington"), and Carl DiFranco, in his official capacity as Clerk of the Lake County Court of Common Pleas ("DiFranco") (collectively, "Defendants"), have conferred regarding alternative dates for mediation proceedings. Counsel for DiFranco is still working to confirm DiFranco's availability. However, the following dates work for Plaintiff and Bevington for mediation proceedings beginning at or after 10:00 AM Eastern Time:

- 8/23
- 8/25
- 8/27
- 9/15
- 9/21
- 9/22

Respectfully submitted,

/s/ Griffin R. Reyelts
John C. Greiner (0005551)
Griffin R. Reyelts (0102240)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0315
Fax: (513) 632-0319
Email: jgreiner@ficlaw.com
greyelts@ficlaw.com

*Counsel for Plaintiff*
*Courthouse News Service*

/s/ David M. Smith (per 8/14/26 email authorization)
David M. Smith, Esq.
Jonathan Sauline, Esq.
MEYERS, ROMAN, FREIEDBERG, & LEWIS
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122
dsmith@meyersroman.com
jsauline@meyersroman.com

*Counsel for Defendant, Carl DiFranco, in his official capacity as Clerk of the Lake County Court of Common Pleas*

/s/ Amily A. Imbrogno (per 8/14/26 email authorization)
Amily A. Imbrogno, Esq.
Elisa N. Perry, Esq.
GALLAGHER SHARPE LLP
1215 Superior Avenue, 7th Floor
Cleveland, OH 44114
aimbrogno@gallaghersharp.com
eperry@gallaghersharp.com

*Counsel for Defendant, Sheila Bevington, in her official capacity as Clerk of the Geauga County Court of Common Pleas*

**CERTIFICATE OF SERVICE**

I certify that on the 14th day of August, 2026, I electronically filed the foregoing Joint Status Report with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

David M. Smith, Esq.
Jonathan Sauline, Esq.
MEYERS, ROMAN, FREIEDBERG, & LEWIS
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122
dsmith@meyersroman.com
jsauline@meyersroman.com

*Counsel for Defendant, Carl DiFranco, in his official capacity as Clerk of the Lake County Court of Common Pleas*

Amily A. Imbrogno, Esq.
Elisa N. Perry, Esq.
GALLAGHER SHARPE LLP
1215 Superior Avenue, 7th Floor
Cleveland, OH 44114
aimbrogno@gallaghersharp.com
eperry@gallaghersharp.com

*Counsel for Defendant, Sheila Bevington, in her official capacity as Clerk of the Geauga County Court of Common Pleas*

/s/ Griffin R. Reyelts
Griffin R. Reyelts