**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>Plaintiff,<br><br>v.<br><br>SHEILA BEVINGTON, in her official Capacity as Clerk of the Geauga County Court of Common Pleas, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 1:25-CV-02617<br><br>JUDGE J. PHILLIP CALABRESE<br><br>**DEFENDANT DiFRANCO'S STATUS REPORT** |

Pursuant to the Court's Order of August 17, 2026, Defendant Carl DiFranco, by and through undersigned counsel, hereby provides dates Defendant is available *by phone* for mediation:

August 25

August 27

September 22

Defendant is available for mediation *in person* on September 21st.

Respectfully submitted,

*/s/ David M. Smith*

DAVID M. SMITH (0079400)
JONATHAN SAULINE (0090822)
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122
(216) 831-0042
(216) 831-0542 - Fax
dsmith@meyersroman.com
jsauline@meyersroman.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2026, the foregoing Defendant DiFranco's Status Report was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David M. Smith*
DAVID M. SMITH (0079400)

*Counsel for Defendant*