IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | : | CASE NO. 1:25-cv-02617 |
| Plaintiff, | : | (Judge J. Philip Calabrese) |
| v. | : | (Magistrate Judge Jennifer Dowdell Armstrong) |
| SHEILA BEVINGTON, in her official capacity as Clerk of the Geauga County Court of Common Pleas, *et al.*, | : | **JOINT MOTION TO AMEND THE CASE MANAGEMENT PLAN AND SCHEDULING ORDER** |
| Defendants. | : | |

Pursuant to Fed. R. Civ. P. 16(b)(4) and the Court's Standing Order on Civil Procedures 5(H), Plaintiff Courthouse News Service ("CNS") and Defendants Sheila Bevington, in her official capacity as Clerk of the Geauga County Court of Common Pleas ("Bevington"), and Carl DiFranco, in his official capacity as Clerk of the Lake County Court of Common Pleas ("DiFranco") (Bevington and DiFranco collectively, "Defendants") (CNS and Defendants collectively, the "Parties") jointly move to modify the Court's March 26, 2026 Case Management Plan and Scheduling Order ("Order") (Doc. No. 9) to extend the deadline to conduct fact discovery and to file dispositive motions. The current deadline to conduct fact discovery is November 6, 2026, and the current deadline to file dispositive motions is December 4, 2026. Doc. No. 9, PageID# 116. The Parties request that the Court extend these deadlines as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Fact discovery | November 6, 2026 | February 5, 2027 |
| Dispositive motion | December 4, 2026 | March 5, 2027 |

For the reasons set forth above and in the accompanying Memorandum in Support, the proposed modification of case deadlines will not cause any undue delay or prejudice. A proposed order granting this Motion is attached as Exhibit 1.

Respectfully submitted,

/s/ Griffin R. Reyelts
John C. Greiner (0005551)
Griffin R. Reyelts (0102240)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0315
Fax: (513) 632-0319
Email: jgreiner@ficlaw.com
greyelts@ficlaw.com

*Counsel for Plaintiff Courthouse News Service*

/s/ David M. Smith (per 10/14/26 email authorization)
David M. Smith, Esq.
Jonathan Sauline, Esq.
Jesse M. Wilde, Esq.
MEYERS, ROMAN, FREIEDBERG, & LEWIS
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122
Email: dsmith@meyersroman.com
jsauline@meyersroman.com
jwilde@meyersroman.com

*Counsel for Defendant, Carl DiFranco, in his official capacity as Clerk of the Lake County Court of Common Pleas*

/s/ Amily A. Imbrogno (per 10/14/26 email authorization)
Amily A. Imbrogno, Esq.
Elisa N. Perry, Esq.
GALLAGHER SHARP LLP
1215 Superior Avenue, 7th Floor
Cleveland, OH 44114
Email: aimbrogno@gallaghersharp.com
eperry@gallaghersharp.com

*Counsel for Defendant, Sheila Bevington, in her official capacity as Clerk of the Geauga County Court of Common Pleas*

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO AMEND THE CASE MANAGEMENT PLAN AND SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b)(4) and the Court's Standing Order on Civil Procedures 5(H), Plaintiff Courthouse News Service ("CNS") and Defendants Sheila Bevington, in her official capacity as Clerk of the Geauga County Court of Common Pleas ("Bevington"), and Carl DiFranco, in his official capacity as Clerk of the Lake County Court of Common Pleas ("DiFranco") (Bevington and DiFranco collectively, "Defendants") (CNS and Defendants collectively, the "Parties") jointly move to modify the Court's March 26, 2026 Case Management Plan and Scheduling Order ("Order") (Doc. No. 9) to extend the deadline to conduct fact discovery and to file dispositive motions. The current deadline to conduct fact discovery is November 6, 2026, and the current deadline to file dispositive motions is December 4, 2026. Doc. No. 9, PageID# 116.

Fed. R. Civ. P. 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent." "In determining whether good cause exists to modify a scheduling order, a court should consider 'the diligence of the party seeking the extension'[.]" Pandora Distrib., LLC v. Ottawa OH, LLC, No. 3:12-cv-02858, 2015 U.S. Dist. LEXIS 26495, at *4 (N.D. Ohio Mar. 4, 2015) (quoting Leary v. Daeschner, 349 F.3d 888, 906 (6th Cir. 2003)). "A party demonstrates sufficient good cause to alter the discovery deadlines established by the Court when it shows that, despite its diligence, the established deadline could not be met." Grand v. City of Univ. Heights, No. 1:22-cv-01594, 2023 U.S. Dist. LEXIS 206023, at *3 (N.D. Ohio Nov. 17, 2023) (citing Inge v. Rock Fin. Corp., 281 F.3d 613, 625 (6th Cir. 2002)). Further, the Court's Standing Order on Civil Procedures 5(H) states, "[o]nce the Court sets deadlines at the case management conference or at any subsequent conference, the Court will not change them without a showing of good cause."

Here, the Parties jointly request that the Court modify deadlines to conduct fact discovery and to file dispositive motions. The current deadline to conduct fact discovery is November 6, 2026, and the current deadline to file dispositive motions is December 4, 2026. Doc. No. 9, PageID# 116. Therefore, this Motion is timely.

Good cause exists to amend the Order and extend deadlines in this case. In an effort to preserve party and judicial resources, the Parties delayed discovery while engaging in good faith settlement discussions. On March 26, 2026, the Court referred this matter to Magistrate Judge Armstrong for mediation. March 26, 2026 Notation Order. The Parties participated in mediation on August 7, 2026, but adjourned after reaching an impasse due to Magistrate Judge Armstrong's family emergency. August 10, 2026 Minutes of Proceedings. The Parties participated in a second mediation on September 21, 2026, but were unable to reach agreement on all material terms of a settlement agreement. September 21, 2026 Minutes of Proceedings. The Parties participated in a third mediation on October 14, 2026, but were again unable to reach agreement. October 14, 2026 Minutes of Proceedings.

A three-month extension of the deadlines would allow the Parties to focus their efforts on coordinating fact discovery depositions and complete written discovery. Allowing the Parties to do so is in the interest of the orderly and efficient administration of justice and preserves the Court's and Parties' resources. Granting the Parties' proposed modification would not result in undue delay and would help the case progress without the need for the Court's intervention at this time. Additionally, because the Parties agree to this modification of the Order, granting this Joint Motion would not prejudice any party.

Accordingly, the Parties respectfully request that the Order be amended as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Fact discovery | November 6, 2026 | February 5, 2027 |
| Dispositive motion | December 4, 2026 | March 5, 2027 |

For the foregoing reasons, the Parties respectfully request that the Court find that good cause exists and grant this Joint Motion to modify the Order.

Respectfully submitted,

/s/ Griffin R. Reyelts
John C. Greiner (0005551)
Griffin R. Reyelts (0102240)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0315
Fax: (513) 632-0319
Email: jgreiner@ficlaw.com
greyelts@ficlaw.com

*Counsel for Plaintiff*
*Courthouse News Service*

/s/ David M. Smith (per 10/14/26 email authorization)
David M. Smith, Esq.
Jonathan Sauline, Esq.
Jesse M. Wilde, Esq.
MEYERS, ROMAN, FREIEDBERG, & LEWIS
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122
Email: dsmith@meyersroman.com
jsauline@meyersroman.com
jwilde@meyersroman.com

*Counsel for Defendant, Carl DiFranco, in his official capacity as Clerk of the Lake County Court of Common Pleas*

/s/ Amily A. Imbrogno (per 10/14/26 email authorization)
Amily A. Imbrogno, Esq.
Elisa N. Perry, Esq.
GALLAGHER SHARP LLP
1215 Superior Avenue, 7th Floor
Cleveland, OH 44114
Email: aimbrogno@gallaghersharp.com
eperry@gallaghersharp.com

*Counsel for Defendant, Sheila Bevington, in her official capacity as Clerk of the Geauga County Court of Common Pleas*

**CERTIFICATE OF SERVICE**

I certify that on the 14th day of October, 2026, I electronically filed the foregoing Joint Motion to Amend the Case Management Plan and Scheduling Order with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

Amily A. Imbrogno, Esq.
Elisa N. Perry, Esq.
GALLAGHER SHARP LLP
1215 Superior Avenue, 7th Floor
Cleveland, Ohio 44114
aimbrogno@gallaghersharp.com
eperry@gallaghersharp.com

*Counsel for Defendant, Sheila Bevington, in her official capacity as Clerk of the Geauga County Court of Common Pleas*

David M. Smith, Esq.
Jonathan W. Sauline, Esq.
Jesse M. Wilde, Esq.
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122
dsmith@meyersroman.com
jsauline@meyersroman.com
jwilde@meyersroman.com

*Counsel for Defendant, Carl DiFranco, in his official capacity as Clerk of the Lake County Court of Common Pleas*

/s/ Griffin R. Reyelts
Griffin R. Reyelts

4900-3545-8775.1